■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL BIRRIEL, Appellant. [973 NYS2d 135]—

Order, Supreme Court, New York County (A. Kirke Bartley, Jr., J.), entered on or about December 5, 2011, which adjudicated defendant a level three sexually violent predicate sex offender

pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court correctly applied the presumptive override for a prior felony sex crime conviction. At the hearing, defendant did not establish that he was being released to a secure psychiatric facility. In any event, he has still not established that the nature of his psychiatric placement is a mitigating factor, not adequately taken into account by the risk assessment instrument, that would warrant any type of downward departure (*see e.g. People v James*, 103 AD3d 588 [1st Dept 2013], *lv denied* 21 NY3d 856 [2013]). Concur—Tom, J.P., Sweeny, Saxe, Freedman and Clark, JJ.